

RECEIVED
IN MONROE, LA
SEP 1 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES BARNES** | **CIVIL ACTION NO. 07-0517** |
| **VS.** | **SECTION P** |
| **ISAAC BROWN, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's claims seeking prospective injunctive relief be **DENIED** and **DISMISSED** as **MOOT**.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this ___14___ day of ___September___, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE